14 ap247

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



FILED
**January 23, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

**IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

MDL No. 2295

(SEE ATTACHED SCHEDULE)

**FILED**
Dec 29 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JuliaOlsen  DEPUTY

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.
Dec 08, 2023
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

I hereby attest and certify on Dec 29, 2023 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Olsen
   Deputy

IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION

MDL No. 2:

## SCHEDULE FOR CRO

| TRANSFEREE DIST | DIV | C.A.NO. | TRANSFEROR DIST | DIV | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| CAS | 3 | 15-01449 | AZ | 2 | 15-00841 | Matos v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13-00791 | AZ | 3 | 12-08187 | Skarbakka et al v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17-01472 | CAC | 2 | 17-04260 | Tamara Morris et al v. Portfolio Recovery Associates LLC et al |
| CAS | 3 | 13-01037 | CAC | 5 | 13-00159 | Rosie Lara v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14-01492 | CAC | 5 | 14-00998 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14-01493 | CAC | 5 | 14-00999 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14-01701 | CAC | 5 | 14-01254 | Deon Thomas v. Portfolio Recovery Associations LLC |
| CAS | 3 | 15-02618 | CAC | 8 | 15-01768 | Jacqueline Taylor v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16-02281 | CAC | 8 | 16-01539 | Michelle Truong v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00299 | CAN | 3 | 14-05175 | Herrero v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02007 | FLM | 2 | 16-00124 | Piller v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-00303 | FLM | 3 | 13-01588 | Neese v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-00480 | FLM | 3 | 14-00010 | Phan v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-01848 | FLM | 3 | 16-00731 | Ashe v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16-02532 | FLM | 5 | 16-00570 | Whitler v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~11-03006~~ | ~~FLM~~ | ~~6~~ | ~~11-00582~~ | ~~Harvey v. Portfolio Recovery Associates, LLC~~ Vacated 12 |
| CAS | 3 | 15-02432 | FLM | 6 | 15-01587 | Nichols v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02489 | FLM | 6 | 16-01563 | Chrisman v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13-01987 | FLM | 8 | 13-01790 | Domingo v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13-01988 | FLM | 8 | 13-01791 | Seay v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13-02416 | FLM | 8 | 13-02146 | Renfrow v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-00039 | FLM | 8 | 13-03044 | Gaza v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-01640 | FLM | 8 | 13-03061 | Shearer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-01936 | FLM | 8 | 14-01679 | Turner v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-01108 | FLM | 8 | 15-01004 | Williams v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02292 | FLM | 8 | 15-02074 | McPherson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02381 | FLM | 8 | 15-02200 | Streeter v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-00772 | FLM | 8 | 16-00128 | Stevenson v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16-02938~~ | ~~FLM~~ | ~~8~~ | ~~16-03029~~ | ~~Crayder v. Portfolio Recovery Associates, LLC~~ |
| CAS | 3 | 17-01411 | FLM | 8 | 17-01190 | Heller v. Bank of America, N.A. et al Vacated 12/8/ |
| CAS | 3 | 17-01471 | FLM | 8 | 17-01436 | Stroud v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17-01545 | FLM | 8 | 17-01615 | Moya v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01726 | FLM | 8 | 17-01734 | Royal v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01658 | FLN | 3 | 17-00499 | ANDREWS v. PORTFOLIO RECOVERY ASSOCIATES, LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 13-01773 | FLS | 0 | 13-61156 | Deering v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~14-00775~~ | ~~FLS~~ | ~~0~~ | ~~14-60348~~ | ~~Greengrass v. Portfolio Recovery Associates LLC~~ Opposed 12/6/23 |
| ~~CAS~~ | ~~3~~ | ~~14-01443~~ | ~~FLS~~ | ~~0~~ | ~~14-61054~~ | ~~Bengochea v. Portfolio Recovery Associates LLC~~ Opposed 12/6/23 |
| CAS | 3 | 15-02218 | FLS | 0 | 15-61740 | Robinson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02411 | FLS | 0 | 16-62102 | Longa v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16-02924~~ | ~~FLS~~ | ~~0~~ | ~~16-62640~~ | ~~Mather v. Portfolio Recovery Associates, LLC et al~~ Opposed 12/6/23 |
| CAS | 3 | 17-00291 | FLS | 0 | 17-60042 | Benjamin v. Portfolio Recovery Associates, LLC et al |
| CAS | 3 | 13-00708 | FLS | 1 | 13-20559 | Waxman v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-02206 | FLS | 1 | 14-22649 | Hines v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02217 | FLS | 1 | 15-23096 | Lawrence v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-00205 | FLS | 1 | 15-24381 | Delalue v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16-03076~~ | ~~FLS~~ | ~~1~~ | ~~16-25096~~ | ~~Cutler v. Portfolio Recovery Associates, LLC~~ Vacated 12/8/23 |
| CAS | 3 | 17-00093 | FLS | 1 | 16-25327 | Augustin v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13-00709 | FLS | 2 | 13-14071 | Manasse v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 12-00574 | FLS | 9 | 11-80778 | Suarez et al v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-02393 | FLS | 9 | 14-81131 | Laurore v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00767 | FLS | 9 | 15-80114 | Neill v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01278 | GAM | 5 | 17-00065 | CLAIBORNE v. PORTFOLIO RECOVERY ASSOCIATES LLC |
| ~~CAS~~ | ~~3~~ | ~~11-03007~~ | ~~GAN~~ | ~~1~~ | ~~11-00624~~ | ~~Bartlett v. PRA Group, Inc.~~ Vacated 12/8/23 |
| CAS | 3 | 16-02418 | GAN | 1 | 16-03318 | Branca v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~11-03057~~ | ~~ILN~~ | ~~1~~ | ~~11-00524~~ | ~~Frydman v. Portfolio Recovery Associates, LLC~~ Opposed 12/6/23 |
| CAS | 3 | 13-01260 | ILN | 1 | 13-01935 | Pasquesi et al v. PRA Group, Inc. |
| CAS | 3 | 13-02524 | ILN | 1 | 13-04648 | Momient v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14-00384 | ILN | 1 | 13-06583 | Laboy v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14-02714 | ILN | 1 | 14-07299 | Nikolov v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-01107 | ILN | 1 | 15-02765 | Rejkowski v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02158 | ILN | 1 | 15-05663 | Winiecki v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02639 | ILN | 1 | 16-08658 | Wilson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00435 | ILN | 1 | 17-00566 | Newcomb v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00454 | ILN | 1 | 17-00649 | Hernandez v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00750 | ILN | 1 | 17-01806 | Wing v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17-01546 | ILN | 1 | 17-04938 | Calkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01661 | ILN | 1 | 17-04941 | Dillard v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02404 | ILS | 3 | 15-00779 | Suggs v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02124 | ILS | 3 | 16-00767 | Heusohn v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00447 | INS | 4 | 17-00025 | CATHEY v. PORTFOLIO RECOVERY ASSOCIATES, LLC |
| CAS | 3 | 17-00998 | MD | 1 | 17-01158 | Millspaugh v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-00777 | MIE | 2 | 14-10139 | Thompson v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 16-00333 | MIE | 2 | 15-13448 | Alzner v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~13-01245~~ | ~~MIE~~ | ~~5~~ | ~~13-11870~~ | ~~Merli v. Portfolio Recovery Associates, L.L.C.~~ Opposed 12/6/23 |
| CAS | 3 | 13-01893 | MIE | 5 | 13-13044 | Morales v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-00052 | MIE | 5 | 15-13397 | Gough v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-01308 | MIW | 1 | 15-00398 | Hinton v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 17-00382 | MIW | 1 | 16-01369 | Hatfield v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01310 | MIW | 1 | 17-00043 | Vsetula v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00621 | MIW | 1 | 17-00045 | Richards v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01311 | MIW | 1 | 17-00110 | Vance v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00737 | MIW | 1 | 17-00179 | Bowyer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01824 | MIW | 1 | 17-00667 | Peacock v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-01283 | MIW | 1 | 17-80065 | Wing v. Portfolio Recovery Associates, LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 13-00391 | MIW | 2 | 12-00409 | Baker v. PRA Group, Inc. |
| CAS | 3 | 16-01446 | MN | 0 | 16-01134 | Jackson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00896 | MOE | 4 | 17-01344 | Nolting v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17-00298 | MOW | 4 | 16-01285 | Kiefer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13-00029 | NCW | 5 | 11-00136 | Hubbard v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02250 | NE | 8 | 16-00178 | Heuertz v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14-01951 | NV | 2 | 14-01217 | Spencer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-01057 | NV | 2 | 16-00509 | Patterson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02279 | NV | 2 | 16-01909 | Rohde v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 15-01350 | NYE | 1 | 15-02913 | Tipoo v. Portfolio Recovery Associates, LLC et al |
| CAS | 3 | 15-01109 | NYE | 2 | 15-01361 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15-01093 | NYE | 2 | 15-02415 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15-01822 | NYE | 2 | 15-03812 | Treshman et al v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15-02291 | NYE | 2 | 15-04089 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02290 | NYE | 2 | 15-04090 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02851 | NYE | 2 | 15-06697 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-01019 | NYN | 6 | 15-00359 | Conine v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16-00866 | NYS | 1 | 16-00421 | Bromberg v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15-01183 | NYW | 1 | 15-00245 | Sutton v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-02076 | NYW | 1 | 15-00694 | Ciesla v. Forster & Garbus, LLP, et al |
| CAS | 3 | 16-00141 | NYW | 1 | 15-01032 | Small v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 14-01305 | OHN | 3 | 14-00790 | Engels v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~12-02127~~ | ~~OKE~~ | ~~6~~ | ~~12-00292~~ | ~~Lowe et al v. PRA Group, Inc.~~   Opposed 12/6/23 |
| CAS | 3 | 12-02538 | PAE | 2 | 12-05344 | Weyant v. Portfolio Recovery Associates et al |
| CAS | 3 | 12-02539 | PAE | 2 | 12-05345 | Parris v. Portfolio Recovery Associates et al |
| CAS | 3 | 17-00715 | PAM | 1 | 16-02418 | Hoover v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00231 | PAM | 5 | 12-07246 | Bauer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00128 | PAW | 2 | 14-01745 | GOEHST v. PORTFOLIO RECOVERY ASSOCIATES, LLC |
| ~~CAS~~ | ~~3~~ | ~~12-01389~~ | ~~TNM~~ | ~~3~~ | ~~11-01097~~ | ~~McCormick et al v. Portfolio Recovery Associates, LLC~~   Opposed 12/6/23 |
| CAS | 3 | 15-00926 | TNM | 3 | 15-00177 | Cunningham v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00843 | TXN | 3 | 15-00802 | Vasquez v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16-02109 | TXN | 3 | 16-02204 | Harrington v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16-02553 | TXN | 3 | 16-02404 | Terrell v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13-02271 | VAE | 2 | 13-00159 | Coats v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15-00119 | VAE | 3 | 14-00865 | Miller v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16-02544 | VAW | 7 | 16-00357 | Ornes v. Fredrickson et al |
| CAS | 3 | 14-00001 | WVS | 6 | 13-29857 | Robert v. Portfolio Recovery Associates, L.L.C. |

CLOSED,MDL,PROTO

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:15-cv-00231-JAH-BGS
## Internal Use Only

Bauer v. Portfolio Recovery Associates, LLC
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Bernard G. Skomal
Lead case: 3:11-md-02295-JAH-BGS
Member cases:
    3:11-cv-01008-JAH-BGS
    3:10-cv-02658-JAH-BGS
    3:10-cv-02658-JAH-BGS
    3:11-cv-01008-JAH-BGS
    3:11-cv-03006-JAH-BGS
    3:11-cv-03007-JAH-BGS
    3:11-cv-03057-JAH-BGS
    3:12-cv-00574-JAH-BGS
    3:12-cv-01389-JAH-BGS
    3:12-cv-01966-JAH-BGS
    3:12-cv-02127-JAH-BGS
    3:12-cv-02538-JAH-BGS
    3:12-cv-02539-JAH-BGS
    3:13-cv-00029-JAH-BGS
    3:13-cv-00391-JAH-BGS
    3:13-cv-00696-JAH-BGS
    3:13-cv-00708-JAH-BGS
    3:13-cv-00709-JAH-BGS
    3:13-cv-00791-JAH-BGS
    3:13-cv-01037-JAH-BGS
    3:13-cv-01245-JAH-BGS
    3:13-cv-01260-JAH-BGS
    3:13-cv-01773-JAH-BGS
    3:13-cv-01893-JAH-BGS
    3:13-cv-01987-JAH-BGS
    3:13-cv-01988-JAH-BGS
    3:13-cv-02207-JAH-BGS
    3:13-cv-02271-JAH-BGS
    3:13-cv-02664-JAH-BGS
    3:13-cv-02416-JAH-BGS

Date Filed: 02/05/2015
Date Terminated: 01/05/2024
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

3:13-cv-02524-JAH-BGS
3:14-cv-00001-JAH-BGS
3:14-cv-00039-JAH-BGS
3:14-cv-00100-JAH-BGS
3:14-cv-00109-JAH-BGS
3:14-cv-00303-JAH-BGS
3:14-cv-00384-JAH-BGS
3:14-cv-00472-JAH-BGS
3:14-cv-00480-JAH-BGS
3:14-cv-00775-JAH-BGS
3:14-cv-00777-JAH-BGS
3:14-cv-01305-JAH-BGS
3:14-cv-01410-JAH-BGS
3:14-cv-01443-JAH-BGS
3:14-cv-01449-JAH-BGS
3:14-cv-01492-JAH-BGS
3:14-cv-01493-JAH-BGS
3:14-cv-01495-JAH-BGS
3:14-cv-01511-JAH-BGS
3:14-cv-01640-JAH-BGS
3:14-cv-01701-JAH-BGS
3:14-cv-01887-JAH-BGS
3:14-cv-01936-JAH-BGS
3:14-cv-01951-JAH-BGS
3:14-cv-02206-JAH-BGS
3:14-cv-02223-JAH-BGS
3:14-cv-02225-JAH-BGS
3:14-cv-02393-JAH-BGS
3:14-cv-02608-JAH-BGS
3:14-cv-02714-JAH-BGS
3:14-cv-02865-JAH-BGS
3:15-cv-00008-JAH-BGS
3:15-cv-00035-JAH-BGS
3:15-cv-00119-JAH-BGS
3:15-cv-00128-JAH-BGS
3:15-cv-00231-JAH-BGS
3:15-cv-00299-JAH-BGS
3:15-cv-00548-JAH-BGS
3:15-cv-00716-JAH-BGS
3:15-cv-00767-JAH-BGS
3:15-cv-00768-JAH-BGS

3:15-cv-00843-JAH-BGS
3:15-cv-00926-JAH-BGS
3:15-cv-01019-JAH-BGS
3:15-cv-01093-JAH-BGS
3:15-cv-01107-JAH-BGS
3:15-cv-01108-JAH-BGS
3:15-cv-01109-JAH-BGS
3:15-cv-01183-JAH-BGS
3:15-cv-01206-JAH-BGS
3:15-cv-01227-JAH-BGS
3:15-cv-01308-JAH-BGS
3:15-cv-01336-JAH-BGS
3:15-cv-01349-JAH-BGS
3:15-cv-01350-JAH-BGS
3:15-cv-01449-JAH-BGS
3:15-cv-01768-JAH-BGS
3:15-cv-01822-JAH-BGS
3:16-cv-01213-JAH-BGS
3:15-cv-02032-JAH-BGS
3:15-cv-02076-JAH-BGS
3:15-cv-02158-JAH-BGS
3:15-cv-02217-JAH-BGS
3:15-cv-02218-JAH-BGS
3:15-cv-02290-JAH-BGS
3:15-cv-02291-JAH-BGS
3:15-cv-02292-JAH-BGS
3:15-cv-02381-JAH-BGS
3:15-cv-02404-JAH-BGS
3:15-cv-02432-JAH-BGS
3:15-cv-02618-JAH-BGS
3:15-cv-02851-JAH-BGS
3:16-cv-00052-JAH-BGS
3:16-cv-00127-JAH-BGS
3:16-cv-00141-JAH-BGS
3:16-cv-00205-JAH-BGS
3:16-cv-00333-JAH-BGS
3:16-cv-00337-JAH-BGS
3:16-cv-00772-JAH-BGS
3:16-cv-00866-JAH-BGS
3:16-cv-00889-JAH-BGS
3:16-cv-01057-JAH-BGS

3:16-cv-01446-JAH-BGS
3:16-cv-01830-JAH-BGS
3:16-cv-01848-JAH-BGS
3:16-cv-01915-JAH-BGS
3:15-cv-01360-JAH-BGS
3:16-cv-02007-JAH-BGS
3:16-cv-02109-JAH-BGS
3:16-cv-02124-JAH-BGS
3:16-cv-02149-JAH-BGS
3:16-cv-02250-JAH-BGS
3:16-cv-02279-JAH-BGS
3:16-cv-02281-JAH-BGS
3:16-cv-02411-JAH-BGS
3:16-cv-02418-JAH-BGS
3:16-cv-02489-JAH-BGS
3:16-cv-02532-JAH-BGS
3:16-cv-02544-JAH-BGS
3:16-cv-02553-JAH-BGS
3:16-cv-02639-JAH-BGS
3:16-cv-02752-JAH-BGS
3:16-cv-02838-JAH-BGS
3:16-cv-02924-JAH-BGS
3:16-cv-02938-JAH-BGS
3:16-cv-03069-JAH-BGS
3:16-cv-03076-JAH-BGS
3:17-cv-00093-JAH-BGS
3:17-cv-00239-JAH-BGS
3:17-cv-00291-JAH-BGS
3:17-cv-00298-JAH-BGS
3:17-cv-00382-JAH-BGS
3:17-cv-00383-JAH-BGS
3:17-cv-00435-JAH-BGS
3:17-cv-00447-JAH-BGS
3:17-cv-00454-JAH-BGS
3:17-cv-00621-JAH-BGS
3:17-cv-00715-JAH-BGS
3:17-cv-00737-JAH-BGS
3:17-cv-00750-JAH-BGS
3:17-cv-00809-JAH-BGS
3:17-cv-00896-JAH-BGS
3:17-cv-00998-JAH-BGS

3:17-cv-01278-JAH-BGS
3:17-cv-01283-JAH-BGS
3:17-cv-01310-JAH-BGS
3:17-cv-01311-JAH-BGS
3:17-cv-01411-JAH-BGS
3:17-cv-01471-JAH-BGS
3:17-cv-01472-JAH-BGS
3:17-cv-01545-JAH-BGS
3:17-cv-01546-JAH-BGS
3:17-cv-01658-JAH-BGS
3:17-cv-01661-JAH-BGS
3:17-cv-01726-JAH-BGS
3:17-cv-01824-JAH-BGS
3:12-cv-02539-JAH-BGS
3:13-cv-00029-JAH-BGS
3:13-cv-00391-JAH-BGS
3:13-cv-00708-JAH-BGS
3:13-cv-00709-JAH-BGS
3:13-cv-01037-JAH-BGS
3:13-cv-01245-JAH-BGS
3:13-cv-01260-JAH-BGS
3:13-cv-01773-JAH-BGS
3:13-cv-01893-JAH-BGS
3:13-cv-01987-JAH-BGS
3:13-cv-01988-JAH-BGS
3:13-cv-02271-JAH-BGS
3:13-cv-02416-JAH-BGS
3:13-cv-02524-JAH-BGS
3:14-cv-00001-JAH-BGS
3:14-cv-00039-JAH-BGS
3:14-cv-00303-JAH-BGS
3:14-cv-00384-JAH-BGS
3:14-cv-00480-JAH-BGS
3:15-cv-01328-JAH-BGS
3:16-cv-00684-JAH-BGS
3:16-cv-02455-JAH-BGS
3:16-cv-01790-BEN-BLM
3:17-cv-01790-JAH-BGS

Case in other court: Middle District of Pennsylvania, 5:12-bk-07246-JJT

Cause: 15:1692 Fair Debt Collection Act

Early Neutral Evaluation Conference:     Settlement Conference:
Case Management Conference:     Settlement Disposition Conference:
Status Hearing:     Pretrial Conference:
Status Conference:     Final Pretrial Conference:
Mandatory Settlement Conference:     Trial Date:

**Plaintiff**

**Brighid Colleen Bauer**     represented by **Brett Freeman**
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
570-341-9000
Fax: 570-504-2769
Email: bfecf@bankruptcypa.com
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Portfolio Recovery Associates, LLC**     represented by **Lauren M Burnette**
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
17176513500
Fax: 17176513707
Email: lmburnette@mdwcg.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2015 | 1 | Case transferred in by Conditional Transfer Order (CTO-43) of MDL panel from Middle District of Pennsylvania, Case Number 5:12-bk-07246-JJT, filed by Brighid Colleen Bauer. (kas) (Additional attachment(s) added on 2/5/2015: # 1 Conditional Transfer Order (CTO-43)) (kas). (Entered: 02/05/2015) |
| 02/09/2015 | 2 | PRETRIAL ORDER - - The Member Cases are consolidated for pretrial purposes only. Any tag-along actions later filed in, removed to or transferred to this Court, or directly filed in the Southern District of California, will automatically be consolidated with this action without further motions or orders. This consolidation, however, does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure. All future filing will be done on the master docket 3:11-md-02295-JAH-BGS. Signed by Judge John A. Houston on 04/25/12. |

6 of 13     1/9/2024, 2:06 PM
Case 5:14-ap-00247-MJC    Doc 12    Filed 01/23/24    Entered 01/26/24 10:03:07    Desc
Main Document     Page 10 of 17

| | | |
|---|---|---|
| | | (jpp) (Entered: 02/09/2015) |
| 02/24/2015 | 3 | ORDER RE: STAY - This case shall continue to be STAYED until further order of the Court. The parties shall file a joint status report no later than May 20, 2015, to advise the Court as to the status of the matters currently before the FCC; and Should the FCC resolve the matters pending before it prior to the May 20, 2015 deadline, the parties shall jointly advise the Court no later than five(5) days after the FCC issues such resolution. Signed by Judge John A. Houston on 02/24/2015. Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 02/24/2015) |
| 06/02/2015 | 4 | ORDER re: stay. This case shall continue to be STAYED until further order of the Court The parties shall file a joint status report no later than July 24, 2015, to advise the Court as to the status of the matters currently before the FCC. Should the FCC resolve the matters pending before it prior to the July 24, 2015 deadline, the parties shall jointly advise the Court no later than five (5) days after the FCC issues such resolution. Signed by Judge John A. Houston on 6/02/2015.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 06/02/2015) |
| 07/17/2015 | 5 | ORDER LIFTING STAY. Telephonic Case Management Conference set for 8/26/2015 at 1:30 PM before Magistrate Judge Bernard G. Skomal. Signed by Judge John A. Houston on 7/16/2015.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 07/17/2015) |
| 07/28/2015 | 6 | ORDER Requiring Submission of Joint Case Management Conference Statement. In preparation for the teleconference with Judge Skomal, counsel for the parties are ordered to meet and confer no later than August 10, 2015. IT IS FURTHER ORDERED that no later than August 17, 2015, counsel for the parties shall file a JOINT case management conference statement. In addition to filing the statement on the court's docket, a courtesy copy of the joint CMC statement shall be lodged electronically with chambers. Signed by Magistrate Judge Bernard G. Skomal on 7/28/15. Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(kas) (Entered: 07/28/2015) |
| 09/24/2015 | 7 | JOINT PROTECTIVE ORDER. Signed by Magistrate Judge Bernard G. Skomal on 9/24/2015.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 09/24/2015) |
| 09/24/2015 | 8 | CASE MANAGEMENT ORDER regarding privilege and work product. Signed by Magistrate Judge Bernard G. Skomal on 9/24/2015.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 09/24/2015) |
| 09/25/2015 | 9 | ORDER: Plaintiffs shall be provided, subject to protective order, with the informal discovery previously exchanged between Defendant PRA and Interim Co-Lead Class Counsel on or before October 12, 2015. Signed by Magistrate Judge Bernard G. Skomal on 9/25/15.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(dlg) (Entered: 09/25/2015) |
| 06/23/2016 | 10 | ORDER granting preliminary approval of Class Action Settlement. Signed by Judge John A. Houston on 6/23/2016.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/23/2016) |
| 08/19/2016 | | 11 | NOTICE RE CORRESPONDENCE FROM CLASS MEMBERS. Signed by Judge John A. Houston on 8/18/2016.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 08/19/2016) |
| 09/01/2016 | | 12 | ORDER granting 397 National Plaintiffs' Emergency Motion for a Temporary Restraining Order under the All Writs Act, 28 USC 1651. Signed by Judge John A. Houston on 9/01/2016. This temporary restraining order will expire on September 13, 2016at 1:30 p.m. absent further order of the Court.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) Modified on 9/1/2016 to replace image, nef resent to all parties. (jpp). (Entered: 09/01/2016) |
| 09/13/2016 | | 13 | ORDER granting request for Defendant's to telephonically participate in the September 13, 2016 hearing on National Plaintiffs' Emergency Motion for a Temporary Restraining Order under the All Writs Act, 28 USC 1651. Signed by Judge John A. Houston on 9/12/2016.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 09/13/2016) |
| 09/13/2016 | | 14 | ORDER granting National Plaintiffs' Emergency Motion for an Injunction under the all writs act, 28 USC 1651. Signed by Judge John A. Houston on 09/13/2016.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 09/13/2016) |
| 12/08/2016 | 🔔 | | (Court only) Hearing date set in error terminated. (no document attached) (rxa) (Entered: 12/08/2016) |
| 12/22/2016 | | 15 | ORDER vacating dates for lead counsel motions. The hearing for motions for appointment as lead counsel set for January 27, 2017, and the related briefing schedule are vacated until further order of this Court. Discovery is stayed until further order of this Court. Signed by Judge John A. Houston on 12/22/2016. Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 12/22/2016) |
| 01/04/2017 | | 16 | CONSENT DECREE - The Court finds that the following documents are withdrawnwith prejudice: (1) National Plaintiffs Motion to Sanction Turner Plaintiffs and Turner Plaintiffs Counsel (ECF No. 452 ); (2) National Plaintiffs Opposition to Bartlett and Harvey Counsels Motion for Fees (ECF No. 447 ). signed by Judge John A. Houston on 1/04/2017. Associated Cases: 3:11-md-02295-JAH-BGS et al. (All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/04/2017) |
| 01/06/2017 | | 17 | ORDER denying 467 Defendant's request to telephonically participate in the January 9, 2017 hearing as moot. Signed by Judge John A. Houston on 1/05/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/06/2017) |
| 01/11/2017 | | 18 | ORDER vacating hearing on 474 National Plaintiff's motion for Permanent Injunction set for 1/23/2017. Signed by Judge John A. Houston on 1/11/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/11/2017) |

| | | |
|---|---|---|
| 01/25/2017 | [19](#) | ORDER and judgment granting Final Approval of Class Action Settlement. Signed by Judge John A. Houston on 1/23/2017. (Attachments: # 1 Exhibit A)Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/25/2017) |
| 01/25/2017 | [20](#) | ORDER granting National Plaintiff's emergency motion for an injunction under The All Writs Act, 28 USC 1651. Signed by Judge John A. Houston on 1/23/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/25/2017) |
| 01/25/2017 | [21](#) | ORDER granting in part Class Counsel's motion for attorneys fees and incentive awards; and granting in part Bartlett and Harvey's motion for attorneys' fees, Doc Nos. 427 and 430 . Class Counsels motion for attorneys fees and costs is granted in part and denied in part. Class Counsel are granted attorneys fees of $4,860,000 and $71,955.73 for expenses. Class Counsels motion for incentive payments is granted. Each class representative is awarded $6,250 from the common fund. Bartlett and Harveys motion for attorneys fees is granted in part and denied in part. Counsel for Bartlett is awarded $23,720 in attorneys fees and$224.59 for costs. Counsel for Harvey is awarded $53,381.25 for attorneys fees and $1,557.87 for costs. Signed by Judge John A. Houston on 1/23/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/25/2017) |
| 01/25/2017 | [22](#) | ORDER setting Status Conference for March 9, 2017 at 10:30am. The parties shall file a joint status report addressing the current status of the action, including which member cases remain following the settlement, on or before February 28, 2017. Signed by Judge John A. Houston on 1/25/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 01/25/2017) |
| 02/09/2017 | [23](#) | ORDER granting 505 request to appear telephonically. Rex C. Anderson may participate by telephone in the March 9, 2017 Status Conference. Signed by Judge John A. Houston on 2/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 02/09/2017) |
| 02/09/2017 | [24](#) | ORDER re Status Conference. Signed by Judge John A. Houston on 2/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 02/09/2017) |
| 03/01/2017 | [25](#) | ORDER granting 516 Plaintiff Craig Cunningham's motion to appear at the 3/9/2017 status conference by telephone. Signed by Judge John A. Houston on 2/28/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/01/2017) |
| 03/01/2017 | [26](#) | ORDER directing Defendant to initiate conference call for status conference. Signed by Judge John A. Houston on 2/28/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)CC: MDL Panel(jpp) (Entered: 03/01/2017) |
| 03/06/2017 | [27](#) | ORDER granting 536 request to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/06/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/07/2017) |

9 of 13	1/9/2024, 2:06 PM
Case 5:14-ap-00247-MJC    Doc 12    Filed 01/23/24    Entered 01/26/24 10:03:07    Desc
Main Document    Page 13 of 17

| | | | |
|---|---|---|---|
| 03/06/2017 | 28 | | ORDER granting 530 motion to appear telephonically at status conference set for March 9, 2017. Signed by Judge John A. Houston on 3/06/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/07/2017) |
| 03/07/2017 | 29 | | ORDER granting 538 Request to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/7/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/07/2017) |
| 03/09/2017 | 30 | | ORDER granting 555 request to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/09/2017) |
| 03/09/2017 | 31 | | ORDER granting 552 motion to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/09/2017) |
| 03/09/2017 | 32 | | ORDER granting 553 motion to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/09/2017) |
| 03/09/2017 | 33 | | ORDER granting 554 motion to telephonically participate in the March 9, 2017 status conference. Signed by Judge John A. Houston on 3/09/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/09/2017) |
| 03/09/2017 | 34 | | Minute Entry for proceedings held before Judge John A. Houston: all applications to be lead counsel or co-lead counsel shall be filed by 4/17/17; Objections by 5/8/17. Applications for liaison counsel shall be filed by 4/17/17; objections by 5/8/17. Motion Hearing set for 5/26/2017 10:30 AM in Courtroom 13B before Judge John A. Houston.(Court Reporter/ECR Cami Kircher). (Plaintiff Attorney Douglas J. Campion, Ethan Mark Preston, Mauricio Arcadier, Chris R. Miltenberger, Nathan D. Sturycz, Francis Richard Greene, Rex C. Anderson, Seth Andrews, Matthew Lewis Bromberg, Patrick J. Helwig, David Andrew Maxfield, Robert W. Murphy, Benjamin A. Parker, Garrett Leif, Greg Cunningham). (Defendant Attorney James Patrick Galvin, Christopher William Madel, Cassandra B. Merrick, Jennifer M. Robbins). Associated Cases: 3:11-md-02295-JAH-BGS et al.(no document attached) (lwm) (Entered: 03/09/2017) |
| 03/15/2017 | 35 | | ORDER following Status Conference held 3/09/2017. A hearing on the motions for lead counsel and motions for liaison counsel will be held before this Court on May 26, 2017 at 10:30am. Signed by Judge John A. Houston on 3/15/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/15/2017) |
| 05/05/2017 | 36 | | ORDER granting 586 motion of co-lead counsel to appear telephonically at Court ordered hearing on 5/26/2017. Signed by Judge John A. Houston on 5/05/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 05/05/2017) |

| | | |
|---|---|---|
| 06/09/2017 | 37 | ORDER granting Plaintiff's motion for appointment of lead counsel. Signed by Judge John A. Houston on 6/08/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 06/09/2017) |
| 06/19/2017 | 38 | ORDER granting Notice of Withdrawal of counsel. Michael A. Geibelson is hereby withdrawn as counsel of record on behalf of Defendant Portfolio Recovery Associates, LLC. Chris Madel, Jenny Robbins, and Cassandra Merrick at MADEL PA remain counsel for Defendant Portfolio Recovery Associates, LLC. Signed by Judge John A. Houston on 6/19/2017.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 06/19/2017) |
| 03/29/2018 | 39 | ORDER approving submissions to Common Benefit Fund of Patric A. Lester (Doc No. 636 ) and Chris Miltenberger (Doc No. 637 ). Signed by Judge John A. Houston on 3/29/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/29/2018) |
| 03/29/2018 | 40 | ORDER approving time and expense submissions to Common Benefit Fund of Patric A. Lester (Doc No. 651 ) and Chris Miltenberger (Doc No. 652 ). Signed by Judge John A. Houston on 3/29/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 03/29/2018) |
| 05/23/2018 | 41 | ORDER granting 668 Joint motion for leave to file excess pages. Signed by Judge John A. Houston on 5/23/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 05/24/2018) |
| 06/01/2018 | 42 | ORDER rescheduling hearing and setting briefing schedule. The hearing on for Defendants motions set for 8/13/2018, is vacated and rescheduled to 8/20/2018 at 2:30pm. The hearing on Plaintiffs motion set for 7/30/2018, is vacated and rescheduled to 8/20/2018 at 2:30pm. Plaintiffs shall file their response to Defendants motion on or before 7/26/2018. Defendant shall file its response to Plaintiffs motion on or before 6/26/2018. Any replies shall be filed on or before 7/17/2018. Signed by Judge John A. Houston on 6/01/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 06/04/2018) |
| 06/04/2018 | 43 | ORDER rescheduling hearing on Defendants motion for summary judgment (Doc. No. 672 ) and motion to exclude Plaintiffs expert (Doc. No. 673 ), and Plaintiffs motion for partial summary judgment (Doc. No. 674 ) set for hearing on 8/20/2018, is vacated and rescheduled to 9/10/2018 at 2:30pm. Signed by Judge John A. Houston on 6/04/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 06/04/2018) |
| 08/23/2018 | 44 | ORDER Vacating Hearing re 672 MOTION for Summary Judgment; 673 MOTION to Exclude; 674 MOTION for Partial Summary Judgment. Signed by Judge John A. Houston on 8/23/2018. Signed by Judge John A. Houston on 8/23/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(mpl) (Entered: 08/24/2018) |
| 12/04/2018 | 45 | ORDER vacating hearing on 737 motion to stay set for 12/10/2018. The motion is taken under submission without oral argument. Signed by Judge John A. Houston on 12/03/2018.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non- |

| | | |
|---|---|---|
| | | registered users served via U.S. Mail Service)(jpp) (Entered: 12/04/2018) |
| 05/24/2021 | 46 | ORDER lifting stay and setting hearing as telephonic. Signed by Judge John A. Houston on 5/24/2021.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (dlg). (Entered: 05/24/2021) |
| 05/26/2021 | 47 | Minute Entry for proceedings held before Judge John A. Houston: Motion Hearing held on 5/26/2021 re (796 in 3:11-md-02295-JAH-BGS). Plaintiffs' motion to reopen discovery is Granted. The limited discovery permitted by this order must be completed on or before July 26, 2021. The parties shall file a joint status report regarding the status of discovery on or before July 17, 2021. The parties pending motions for summary judgment are withdrawn. The parties may file new motions for summary judgment following the close of the limited discovery(Court Reporter Juliet Eichenlaub). (Plaintiff Attorney Chris R. Miltenberger; Patric Lester). (Defendant Attorney Jennifer Robbins, James Trefil). (All non-registered users served via U.S. Mail Service)(no document attached) (lao) (Entered: 05/29/2021) |
| 07/28/2021 | 48 | ORDER setting briefing schedule. Defendant shall file a response to the motion on or before August 11, 2021. Plaintiffs may file a reply on or before August 18, 2021. The matter will be 11 deemed under submission at the time. Signed by Judge John A. Houston on 7/28/2021.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 07/28/2021) |
| 11/09/2021 | 49 | ORDER denying 813 application to conduct discovery. Signed by Judge John A. Houston on 11/09/2021.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 11/09/2021) |
| 06/24/2022 | 50 | ORDER Setting Briefing Schedule re (850 in 3:11-md-02295-JAH-BGS) MOTION for Summary Judgment : Plaintiffs Shall File Responses by 7/13/2022. Defendant May File a Reply by 7/27/2022. Signed by Judge John A. Houston on 6/24/2022.Associated Cases: 3:11-md-02295-JAH-BGS et al.(All non-registered users served via U.S. Mail Service)(smy1) (Entered: 06/24/2022) |
| 07/05/2023 | 51 | Order Granting Defendant's Motion for Summary Judgment and Denying to Defendant's Motions to Exclude as Moot (Doc. Nos. 673 , 850 , 885 ). Signed by Judge John A. Houston on 07/05/2023.(All non-registered users served via U.S. Mail Service)(jmo) (Entered: 07/06/2023) |
| 07/24/2023 | 🔒 | (Court only) ***Set/Clear Flags : Closed flag terminated. Case reopened. (no document attached) (jmo) (Entered: 07/24/2023) |
| 12/29/2023 | 52 | NOTICE: Case transferred to Pennsylvania Middle District Court. The parties in this case failed to stipulate or designate the contents of the remanded record as directed in the Conditional Remand Order dated 12/8/23 filed in 11md2295-JAH(BGS). Pursuant to United States Judicial Panel on Multidistrict Litigation Rule 10.4(b), the record of this case is being transferred to the Pennsylvania Middle District Court (their case no. 12-07246) per the Conditional Remand Order of MDL 2295. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) Modified on 1/9/2024 to reflect copy sent to the Middle District of Pennsylvania Bankruptcy Court per Pennsylvania Middle District Court. (jmo). (Entered: 01/05/2024) |
| 01/05/2024 | 53 | Case transferred to District of Pennsylvania Middle District Court. Files transferred electronically to: *District of Pennsylvania Middle District Court*.*1501 N. 6th St.**Harrisburg, PA 17102* (Attachments: # 1 Conditional Remand Order MDL |

| | | | 2295) (All non-registered users served via U.S. Mail Service)(jmo). Modified on 1/9/2024 to reflect copy sent to the Middle District of Pennsylvania Bankruptcy Court per Pennsylvania Middle District Court. (jmo). (Entered: 01/05/2024) |