IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

**BRIGHID COLLEEN BAUER,**           CASE NO. 5:12-bk-07246-MJC

Plaintiff(s),

v.                                   Adv. No. 5:14-ap-00247-MJC

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Lauren M. Burnette of Messer Strickler Burnette, Ltd. enters her appearance as counsel for Defendant Portfolio Recovery Associates, LLC in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com

*Counsel for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 22, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

                              **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        *Counsel for Defendant Portfolio Recovery Associates, LLC*

Dated: April 22, 2024